UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WOLFGANG BAUER

V.

C.A. NO.
CA 08 187 ML

TOWN OF WEST WARWICK; MALCOLM MOORE, In his capacity as Finance Director for the Town of West Warwick; EDWARD A. GIROUX, individually and in His capacity as President of the West Warwick Town Council; PETER F. CALCI, JR., individually and in his capacity as a Member of the West Warwick Town Council; DAVID GOSSELIN, JR., individually and in his capacity as a member Of the West Warwick Town Council; FILOMENA GUSTAFSON, Individually and in her capacity as a member of the West Warwick Town Council; and ANGELO A. PADULA, JR., individually and As a member of the West Warwick Town Council

**NOTICE OF REMOVAL**

**To:** **Office of the Clerk**
**United States District Court**
**for the District of Rhode Island**
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

**Office of the Clerk**
**Superior Court, Providence County**
250 Benefit Street
Providence, RI 02903

**Daniel Kinder, Esquire**
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Now come Defendants, TOWN OF WEST WARWICK, MALCOLM MOORE, in his capacity as Finance Director for the Town of West Warwick; EDWARD A. GIROUX, individually and in his capacity as President of the West Warwick Town Council; PETER F. CALCI, JR., individually and in his capacity as a member of the West Warwick Town Council;

DAVID GOSSELIN, JR., individually and in his capacity as a member of the West Warwick Town Council; FILOMENA GUSTAFSON, individually and in her capacity as a member of the West Warwick Town Council; and ANGELO A. PADULA, JR., individually and as a member of the West Warwick Town Council ("Defendants"), and pursuant to 28 U.S.C. § 1446, hereby give Notice of Removal of the civil action presently pending in Superior Court of Rhode Island, County of Kent, entitled Bauer v. Town of West Warwick, et al., C.A. No. KC 08-0524 ("State Court Action"), to the United States District Court for the District of Rhode Island.

Removal is expressly authorized by 28 U.S.C. § 1441 and is based on the District Court's original jurisdiction of the claims arising under the laws of the United States.

In support of this Notice, Defendants respectfully states:

1. This case was commenced on or about April 18, 2008 in the Superior Court, Kent County. Defendants were served with a copy of the Summons and Complaint on April 22, 2008.

2. This Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after service of the Summons and Complaint upon Defendants. This is the initial pleading setting forth the claim for relief upon which the State Court Action is based.

3. Pursuant to 28 U.S.C. § 1441, this civil action may be removed by Defendants to this Court because this is an action over which this Court has original federal question jurisdiction under the provisions of 28 U.S.C. § 1331 as an action arising under the laws of the United States. See Complaint – Count IV - VIOLATION OF FEDERAL CODE.

4. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the Untied States District Court for the District of Rhode Island is the judicial district encompassing the location where the State Court Action is pending, i.e., County of Kent, State of Rhode Island.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal shall be filed with the Clerk of the Superior Court, Kent County and a copy of this Notice of Removal shall be served upon counsel for all parties.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendants shall file certified or attested copies of the State Court Action docket sheets and record with this Court within ten (10) days after filing this Notice of Removal.

WHEREFORE, Defendants respectfully request that this Honorable Court accept this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446, and that this civil action be removed, without waiver of procedural or substantive defenses, from the Superior Court of Rhode Island, Kent County, to this Court for all purposes.

Respectfully submitted,

DEFENDANTS

By their Attorney,

William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
Tel: (401) 824-5100
Fax: (401) 824-5123

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Notice of Removal by first class mail, postage pre-paid, on this 14th day of May, 2008 to Daniel K. Kinder, Esq., Little, Medeiros, Kinder, Bulman & Whitney, PC, 72 Pine Street, Providence, RI 02903.

Kathryn M[illegible]

Doc #9762