# EXHIBIT B

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

David D. Clayton, CMC
Council Clerk

Town of West Warwick
**TOWN COUNCIL**
C/O Town Clerk's Office
1170 Main Street
West Warwick, Rhode Island 02893-4829
401. 822.9201
Fax: 401. 822.9266
**www.westwarwickri.org**

December 5, 2007

Mr. Wolfgang Bauer
511 Union Street
Franklin, MA 02038

Re: **TERMINATION**

Dear Mr. Bauer:

At a special meeting of the West Warwick Town Council, held on Saturday, December 1, 2007 the following unanimous action, was taken by the Town Council.

In accordance with the Home Rule Charter Article III (Town Manager) Section 307 (Suspension and removal) and with the provisions of your employment contract with the Town of West Warwick, Section 3 (Termination) subsection (B), your services to the Town of West Warwick as Town Manager were terminated effective Saturday, December 1, 2007, based upon the followings:

1) As a result of your admission that the financial discrepancies, of this project, in the amount of $802,622.13 was a result of your "missing it", the Town Council found that you had engaged in gross malfeasance.

2) Furthermore at this time it appears that the over expenditures will not be reimbursable from any source. As such, this unfunded liability may be borne by the taxpayers of the Town of West Warwick.

TRUE COPY ATTEST

Please contact this office to discuss any concerns you may have as it relates to this action by the Town Council, or in the alternative have your legal counsel contact this office.

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

TOWN COUNCIL

EDWARD A. GIROUX
PRESIDENT

PETER F. CALCI, JR.
VICE-PRESIDENT

ANGELO A. PADULA, JR.
COUNCILMAN

FILOMENA GUSTAFSON
COUNCIL WOMAN

DAVID GOSSELIN JR.
COUNCILMAN

Should you have any further questions, please do not hesitate to contact this office.

Sincerely,

David D. Clayton, CMC
Town Council Clerk

cc: President and members of the Town Council
Timothy A. Williamson, Town Solicitor

Certified Mail – Return Receipt (70020860000027391489)

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT