08-187ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0524 WOLFGANG BAUER V TOWN OF WEST WARWICK

Filing Date: 04-18-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 05-15-2008

| Party | Attorney |
|---|---|
| Plaintiff: WOLFGANG BAUER<br>ID: @11005039 | Attorney: DANIEL KINDER |
| Defendant: TOWN OF WEST WARWICK<br>ID: WWARWICK | Attorney: WILLIAM O'GARA<br>Attorney: THOMAS GONNELLA |
| Defendant: MALCOLM MOORE<br>ID: @11005042 | Attorney: WILLIAM O'GARA<br>Attorney: THOMAS GONNELLA |
| Defendant: EDWARD GIROUX<br>ID: @11005043 | |
| Defendant: PETER CALCI<br>ID: @11005044 | |
| Defendant: DAVID GOSSELIN<br>ID: @11005045 | |
| Defendant: FILOMENA GUSTAFSON<br>ID: @11005047 | |
| Defendant: ANGELO PADULA<br>ID: @11005049 | |

TRUE COPY ATTEST

[signature]

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-18-2008 | COMPLAINT FILED | |
| 04-18-2008 | INITIAL FILING FEE | |
| 04-18-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK61188. |
| 04-28-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: TOWN OF WEST WARWICK |
| 04-28-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GIROUX, EDWARD |
| 04-28-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CALCI, PETER |
| 04-28-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GOSSELIN, DAVID |
| 04-28-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GUSTAFSON, FILOMENA |
| 04-28-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PADULA, ANGELO |
| 05-12-2008 | ANSWER FILED | Affiliated: TOWN OF WEST WARWICK |
| 05-15-2008 | NOTICE OF REMOVAL | |
| 05-15-2008 | OTH DOC FILED DURING DISCOV | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: KC-2008-0524 WOLFGANG BAUER V TOWN OF WEST WARWICK

05-15-2008 CASE REMVD TO US DISTRICT CT

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT