**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WOLFGANG BAUER, Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 1:08-cv-187** |
| | : | |
| **TOWN OF WEST WARWICK; MALCOLM MOORE, in his capacity as Finance Director for the Town of West Warwick; EDWARD A. GIROUX, individually and in his capacity as President of the West Warwick Town Council; PETER F. CALCI, JR., individually and in his capacity as a member of the West Warwick Town Council; DAVID GOSSELIN, JR., individually and in his capacity as a member of the West Warwick Town Council; FILOMENA GUSTAFSON, individually and in her capacity as a member of the West Warwick Town Council; and ANGELO A. PADULA, JR., individually and as a member of the West Warwick Town Council** | : | |

**NOTICE OF APPEARANCE**

The undersigned, Sara A. Rapport, hereby enters her appearance for the Plaintiff, Wolfgang Bauer, in the referenced matter.

/s/ Sara A. Rapport
Sara A. Rapport # 6184
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195
srapport@lmkbw.com

**CERTIFICATION**

I hereby certify that on the 11th day of June, 2008 a copy of the foregoing Notice was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by-email or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

William E. O'Gara wogara@pld-law.com smelo@pld-law.com

/s/ Sara A. Rapport

O:\DKK\Bauer\Entry of Appearance - SR.doc